# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

STATE FARM FIRE AND
CASUALTY COMPANY, as
Subrogee of Ramesh and Nalini
Chakravarthy,

      Plaintiff,                 Case No. 04-71994

v.                                  Honorable Arthur J. Tarnow
                                     United States District Judge

GENERAL ELECTRIC
COMPANY, a New York
Corporation,

      Defendant.
_____/

## JUDGMENT

      In accordance with the Order entered on this day, __July 27, 2005__,

      **IT IS ORDERED AND ADJUDGED** that this case shall be **DISMISSED**.

      Dated at Detroit, Michigan, this 27th day of __July__, 2005.

                                       **DAVID J. WEAVER**
                                       **CLERK OF THE COURT**

                         **BY:s/sTheresa E. Taylor**
                                       **Deputy Clerk**

**Approved:**
**s/Arthur J. Tarnow**
**Arthur J. Tarnow**
**United States District Judge**

Dated: July 28, 2005

I hereby certify that a copy of the foregoing document was served upon counsel of record on July 28, 2005, by electronic and/or ordinary mail.

                          s/Theresa E. Taylor
                          Case Manager